UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GREG RUGGLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-0081 |
| | ) |
| F.W. RESTAURANT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO COURT OF PENDING RESOLUTION

The Parties, by their respective counsel, hereby notify the Court that this matter has been resolved and the parties are currently working to finalize that resolution. As a result of the resolution, the parties anticipate that a Stipulation for Dismissal with Prejudice will be filed in the immediate future. In the interim, the Parties respectfully suggest that all deadlines be stayed, no further judicial resources be expended in regard to this matter, and the preliminary pretrial conference set for May 24th be vacated.

Dated: May 23, 2012

s/Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (0074743)
LAW OFFICE OF OWEN B. DUNN, JR.
520 Madison Avenue
Suite 330
Toledo, OH 43604
Telephone: (419) 241-9661
Facsimile: (419) 241-9737

Counsel for Plaintiff

Dated: May 23, 2012

s/ *Jason T. Clagg*
Jason T. Clagg, #24123-02
Jennifer R. Tudor, #28813-49
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, IN 46802
Telephone: 260-423-9440
Fax: 260-424-8316

Counsel for Defendant

FWDS02 105332v1