UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GREG RUGGLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:12-CV-00081-WCL-RBC |
| F.W. RESTAURANT, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Greg Ruggles and Defendant F.W. Restaurant, Inc. hereby stipulate and agree that this matter, and all claims that were or could have been asserted herein, be dismissed with prejudice.  The parties agree to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (0074743)
LAW OFFICE OF OWEN B. DUNN, JR.
520 Madison Ave., Suite 330
Toledo, OH  43604
Telephone: (419) 241-9661
Facsimile: (419) 241-9737
E-Mail: dunnlawoffice@sbcglobal.net

Counsel for Plaintiff

/s/ Jason T Clagg
Jason T. Clagg (#24123-02)
Jennifer R. Tudor (28813-49)
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  260-423-9440
Facsimile:  260-423-8316
Email:   jason.clagg@btlaw.com
            jennifer.tudor@btlaw.com

COUNSEL FOR DEFENDANT